1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  District of Nevada
   Nevada Bar Number 14853
3
   STEPHEN R. HANSON II
4  Assistant United States Attorney
   501 Las Vegas Blvd. So., Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336
6  Stephen.Hanson@usdoj.gov
7
   *Attorneys for the United States of America*
8

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Ladah Law Firm, PLLC,<br><br>   Plaintiff,<br><br>v.<br><br>ASHLEY RODRIGUEZ-FUENTES; OSVALDO RODRIGUEZ; OFFICE OF THE DISTRICT ATTORNEY, CLARK COUNTY FAMILY SUPPORT DIVISION; DESERT INSTITUE OF SPINE CARE, LLC, a Domestic Limited-Liability Company; DCP INVESTMENT HOLDINGS, LLC, a Domestic Limited-Liability Company dba DCP HOLDINGS, LLC; SIMONMED IMAGING, INC., a Foreign Corporation; DANIEL L. BURKHEAD, M.D., LTD., a Domestic Professional Corporation, dba INNOVATIVE PROCEDURAL AND SURGICAL CENTER; DANIEL L. BURKHEAD, M.D., LTD., a Domestic Professional Corporation, dba INNOVATIVE PAIN CARE CENTER; CENTENNIAL MEDICAL GROUP, LLP, a Domestic Limited-Liability Partnership; MDS MEDICAL DEVICE SPECIALTY INC., a Domestic Corporation; ENRICO FAZZINI, D.O., PUEBLO MEDICAL IMAGING, LLC, a Domestic Limited-Liability Company; CORE REHAB COOPERATIVE, LLC, a Domestic Limited-Liability company; SOUTHERN NEVADA MEDICAL GROUP LIMITED, a Domestic Limited-Liability Company; SIERRA MED SERVICES, a Domestic Company; CENTER | Case No.<br><br>**NOTICE OF REMOVAL** |

|   |   |
|---|---|
| 1 | FOR DISEASES AND SURGERY OF THE SPINE; a Domestic Company; VEGAS MEDICAL CENTER PLLC, a General Partnership; NEURORADIUM,LLC, a Domestic Limited-Liability Company; PAYLATER PHARMACY, a Domestic Limited-Liability Company; ANESTHESIA AND INTENSIVE CARE SPECIALISTS, LLP, a Domestic Limited-Liability Partnership; FAMILY DOCTORS RAMANATHAN, PLLC, a Domestic Professional Limited-Liability company dba FAMILY DOCTORS OF GREEN VALLEY; THE LEGAL FUNDING GROUP (NEVADA), a Domestic Limited-Liability company; 5STAR SETTLEMENTS, LLC, a foreign Limited-Liability Company; MONEY FIRST LENDING LLC, a Domestic Limited-Liability Company; PREFERRED CAPITAL FUNDING-NEVADA, LLC, a Domestic Limited-Liability company; CENTERS FOR MEDICARE & MEDICAID SERVICES, DEPARTMENT OF U.S. TREASURY; LOUIS MORTILLARO, PhD., RAXO DRUGS, INC., a Domestic Corporation, |
|   | Defendants. |

The United States of America hereby removes the above-captioned case to the United States District Court for the District of Nevada. The grounds for removal are as follows:

    1.    This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441(a), 1442(a)(1), 1444 and 1446 for the removal of the case entitled Ladah Law Firm, PLLC, Plaintiff, v. ASHLEY RODRIGUEZ-FUENTES; OSVALDO RODRIGUEZ; OFFICE OF THE DISTRICT ATTORNEY, CLARK COUNTY FAMILY SUPPORT DIVISION; DESERT INSTIUE OF SPINE CARE, LLC, a Domestic Limited-Liability Company; DCP INVESTMENT HOLDINGS, LLC, a Domestic Limited-Liability Company dba DCP HOLDINGS, LLC; SIMONMED IMAGING, INC., a Foreign Corporation; DANIEL L. BURKHEAD, M.D., LTD., a Domestic Professional Corporation, dba INNOVATIVE PROCEDURAL AND SURGICAL CENTER; DANIEL L. BURKHEAD, M.D., LTD., a Domestic Professional Corporation, dba INNOVATIVE PAIN CARE CENTER; CENTENNIAL MEDICAL GROUP, LLP, a Domestic Limited-Liability Partnership; MDS MEDICAL DEVICE SPECIALTY INC., a Domestic

Corporation; ENRICO FAZZINI, D.O., PUEBLO MEDICAL IMAGING, LLC, a Domestic Limited-Liability Company; CORE REHAB COOPERATIVE, LLC, a Domestic Limited-Liability company; SOUTHERN NEVADA MEDICAL GROUP LIMITED, a Domestic Limited-Liability Company; SIERRA MED SERVICES, a Domestic Company; CENTER FOR DISEASES AND SURGERY OF THE SPINE; a Domestic Company; VEGAS MEDICAL CENTER PLLC, a General Partnership; NEURORADIUM,LLC, a Domestic Limited-Liability Company; PAYLATER PHARMACY, a Domestic Limited-Liability Company; ANESTHESIA AND INTENSIVE CARE SPECIALISTS, LLP, a Domestic Limited-Liability Partnership; FAMILY DOCTORS RAMANATHAN, PLLC, a Domestic Professional Limited-Liability company dba FAMILY DOCTORS OF GREEN VALLEY; THE LEGAL FUNDING GROUP (NEVADA), a Domestic Limited-Liability company; 5STAR SETTLEMENTS, LLC, a foreign Limited-Liability Company; MONEY FIRST LENDING LLC, a Domestic Limited-Liability Company; PREFERRED CAPITAL FUNDING-NEVADA, LLC, a Domestic Limited-Liability company; CENTERS FOR MEDICARE & MEDICAID SERVICES, DEPARTMENT OF U.S. TREASURY; LOUIS MORTILLARO, PhD., RAXO DRUGS, INC., a Domestic Corporation Case No. A-21-842555-C, now pending in Eighth Judicial District Court, Clark County, Nevada.

2. A copy of the Summons and Complaint are attached hereto as an Exhibit.

3. "A civil action … that is commenced in a State court and that is against or directed to any of the following may be removed by them to the district court of the United States for the district and division embracing the place wherein it is pending: (1) The United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, in an official or individual capacity, for or relating to any act under color of such office . . . ." 28 U.S.C. § 1442(a)(1).

4. The United States Attorney's Office for the District of Nevada has not been served with the Summons and Complaint by Plaintiff.

5. This notice is timely filed in accordance with the provisions of 28 U.S.C. § 1446(b). The United States does not, by filing this notice, waive service of process or any other defenses available under Fed. R. Civ. P. 12(b) or other applicable law.

6. A copy of this notice will be served promptly on Plaintiffs and filed with the Clerk of the District Court, Clark County, Nevada.

WHEREFORE, the United States gives notice that the within action is removed to the United States District Court for the District of Nevada.

Respectfully submitted this 3rd day of January 2022.

                    CHRISTOPHER CHIOU
                    Acting United States Attorney

                    /s/ *Stephen R. Hanson II*
                    STEPHEN R. HANSON II
                    Assistant United States Attorney

## Certificate of Service

I hereby certify that on January 3, 2022, I electronically filed and served the foregoing Notice of Removal with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system and via US Mail to the address below.

Ramzy P. Ladah Esq.
Ladah Law Firm
517 S. Third Street
Las Vegas, NV 89101
*Attorney of Plaintiff*

                    /s/ *Stephen R. Hanson II*
                    STEPHEN R. HANSON II
                    Assistant United States Attorney
                    United States Attorney's Office