# Exhibit A

State Court
Summons and Complaint
Case No. A-21-842555-C

NOV 0 9 2021



| | |
|---|---|
| 1 | **SUMM** |
| | **RAMZY P. LADAH, ESQ.** |
| 2 | Nevada Bar No. 11405 |
| | **LADAH LAW FIRM** |
| 3 | 517 S. Third Street |
| | Las Vegas, NV 89101 |
| 4 | litigation@ladahlaw.com |
| | T: 702.252.0055 |
| 5 | F: 702.248.0055 |
| | *Attorneys for Plaintiff* |

## DISTRICT COURT

## CLARK COUNTY, NEVADA

LADAH LAW FIRM, PLLC,

Plaintiff,

vs.

ASLEY RODRIGUEZ-FUENTES; OSVALDO RODRIGUEZ; OFFICE OF THE DISTRICT ATTORNEY, CLARK COUNTY, FAMILY SUPPORT DIVISION; DESERT INSTITUTE OF SPINE CARE, LLC, a Domestic Limited-Liability Company; DCP INVESTMENT HOLDINGS, LLC, a Domestic Limited-Liability Company dba DCP HOLDINGS, LLC; SIMONMED IMAGING, INC., a Foreign Corporation; DANIEL L. BURKHEAD, M.D., LTD., a Domestic Professional Corporation, dba INNOVATIVE PROCEDURAL AND SURGICAL CENTER; DANIEL L. BURKHEAD, M.D., LTD., a Domestic Professional Corporation, dba INNOVATIVE PAIN CARE CENTER; CENTENNIAL MEDICAL GROUP, LLP, a Domestic Limited-Liability Partnership; MDS MEDICAL DEVICE SPECIALTY INC., a Domestic Corporation; ENRICO FAZZINI, D.O., PUEBLO MEDICAL IMAGING, LLC, a Domestic Limited-Liability Company; CORE REHAB COOPERATIVE, LLC, a Domestic Limited-Liability Company; SOUTHERN NEVADA MEDICAL GROUP LIMITED, a Domestic Limited-Liability Company; SIERRA MED SERVICES, a Domestic Company; CENTER FOR

CASE NO. A-21-842555-C

DEPT. NO. 24

**CIVIL SUMMONS**

| | |
|---|---|
| 1 | DISEASES AND SURGERY OF THE SPINE; a Domestic Company; VEGAS MEDICAL CENTER PLLC, a General Partnership; NEURORADIUM, LLC, a Domestic Limited-Liability Company; PAYLATER PHARMACY, a Domestic Limited-Liability Company; ANESTHESIA AND INTENSIVE CARE SPECIALISTS, LLP, a Domestic Limited-Liability Partnership; FAMILY DOCTORS RAMANATHAN, PLLC, a Domestic Professional Limited-Liability Company dba FAMILY DOCTORS OF GREEN VALLEY; THE LEGAL FUNDING GROUP (NEVADA), a Domestic Limited-Liability Company; 5 STAR SETTLEMENTS, LLC, a Foreign Limited-Liability Company; MONEY FIRST LENDING LLC, a Domestic Limited-Liability Company; PREFERRED CAPITAL FUNDING - NEVADA, LLC, a Domestic Limited-Liability Company; CENTERS FOR MEDICARE & MEDICAID SERVICES, DEPARTMENT OF U.S. TREASURY; LOUIS MORTILLARO, PhD., RAXO DRUGS, INC., a Domestic Corporation, |
| 16 | Defendants. |

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

TO DEFENDANT:

      **CENTERS FOR MEDICARE & MEDICAID SERVICES, DEPARTMENT OF U.S. TREASURY**

A civil Complaint has been filed by the Plaintiff against you for the relief set forth in the Complaint.

    1.    If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:

1     (a)    File with the Clerk of this Court, a formal written response to the Complaint in accordance with the rules of the Court. A $223.00 filing fee is required.

    (b)    Serve a copy of your response upon the attorney whose name and address is shown below.

2.    Unless you respond, your default will be entered upon application of the Plaintiff and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3.    If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4.    The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

**CLERK OF THE COURT**

_/s/ Josefina San Juan_    10/15/2021
Deputy Clerk    Date

Respectfully submitted by:
**LADAH LAW FIRM**

*/s/ Ramzy P. Ladah, Esq.*

**RAMZY P. LADAH, ESQ.**
Nevada Bar No. 11405
517 S. Third Street
Las Vegas, NV 89101
*Attorney for Plaintiff*

3



NOV 0 9 2021

Electronically Filed
10/12/2021 5:15 PM
Steven D. Grierson
CLERK OF THE COURT

CASE NO: A-21-842555-C
Department 24

1  CII
   RAMZY P. LADAH, ESQ.
2  Nevada Bar No. 11405
   **LADAH LAW FIRM**
3  517 S. Third Street
   Las Vegas, NV 89101
4  *Attorneys for Plaintiff*
5
6                                    **DISTRICT COURT**
7                              **CLARK COUNTY, NEVADA**
8  LADAH LAW FIRM, PLLC,                    Case No.:
                                            Dept. No.:
9            Plaintiff,
10     vs.                                  **COMPLAINT IN INTERPLEADER**
11 ASLEY RODRIGUEZ-FUENTES;
   OSVALDO RODRIGUEZ; OFFICE OF THE         *Exempt from Arbitration*
12 DISTRICT ATTORNEY, CLARK COUNTY,         *ADR Rule 3A: Equitable Relief*
   FAMILY SUPPORT DIVISION; DESERT
13 INSTITUTE OF SPINE CARE, LLC, a
   Domestic Limited-Liability Company; DCP
14 INVESTMENT HOLDINGS, LLC, a
   Domestic Limited-Liability Company dba
15 DCP HOLDINGS, LLC; SIMONMED
   IMAGING, INC., a Foreign Corporation;
16 DANIEL L. BURKHEAD, M.D., LTD., a
   Domestic Professional Corporation, dba
17 INNOVATIVE PROCEDURAL AND
   SURGICAL CENTER; DANIEL L.
18 BURKHEAD, M.D., LTD., a Domestic
   Professional Corporation, dba INNOVATIVE
19 PAIN CARE CENTER; CENTENNIAL
   MEDICAL GROUP, LLP, a Domestic
20 Limited-Liability Partnership; MDS
   MEDICAL DEVICE SPECIALTY INC., a
21 Domestic Corporation; ENRICO FAZZINI,
   D.O.; PUEBLO MEDICAL IMAGING, LLC,
22 a Domestic Limited-Liability Company;
   CORE REHAB COOPERATIVE, LLC, a
23 Domestic Limited-Liability Company;
   SOUTHERN NEVADA MEDICAL GROUP
24 LIMITED, a Domestic Limited-Liability
   Company; SIERRA MED SERVICES, a
25 Domestic Company; CENTER FOR
   DISEASES AND SURGERY OF THE
26
27
28

| | |
|---|---|
| 1 | SPINE; a Domestic Company; VEGAS MEDICAL CENTER PLLC, a General Partnership; NEURORADIUM, LLC, a Domestic Limited-Liability Company; PAYLATER PHARMACY, a Domestic Limited-Liability Company; ANESTHESIA AND INTENSIVE CARE SPECIALISTS, LLP, a Domestic Limited-Liability Partnership; FAMILY DOCTORS RAMANATHAN, PLLC, a Domestic Professional Limited-Liability Company dba FAMILY DOCTORS OF GREEN VALLEY; THE LEGAL FUNDING GROUP (NEVADA), a Domestic Limited-Liability Company; 5 STAR SETTLEMENTS, LLC, a Foreign Limited-Liability Company; MONEY FIRST LENDING LLC, a Domestic Limited-Liability Company; PREFERRED CAPITAL FUNDING - NEVADA, LLC, a Domestic Limited-Liability Company; CENTERS FOR MEDICARE & MEDICAID SERVICES, DEPARTMENT OF U.S. TREASURY; LOUIS MORTILLARO, PhD., RAXO DRUGS, INC., a Domestic Corporation,<br><br>Defendants. |

Plaintiff, LADAH LAW FIRM, PLLC, alleges as follows:

1. Plaintiff, LADAH LAW FIRM, PLLC, is a Nevada limited liability company, licensed and doing business in the County of Clark, State of Nevada as LADAH LAW FIRM.

2. Upon information and belief, Defendant, ASLEY RODRIGUEZ-FUENTES, is an individual residing in the County of Clark, State of Nevada.

3. Upon information and belief, Defendant, OSVALDO RODRIGUEZ, is an individual residing in the County of Clark, State of Nevada.

4. Upon information and belief, Defendant, OFFICE OF THE DISTRICT ATTORNEY, CLARK COUNTY, FAMILY SUPPORT DIVISION, is a Nevada State Agency, conducting and doing business in the County of Clark, State of Nevada.

5. Upon information and belief, Defendant, DESERT INSTITUTE OF SPINE CARE, LLC, is a Domestic Limited-Liability Company, licensed and doing business in the County of Clark, State of Nevada.

6. Upon information and belief, Defendant, DCP INVESTMENT HOLDINGS, LLC, is a Domestic Limited-Liability Company dba DCP HOLDINGS, LLC, licensed and doing business in the County of Clark, State of Nevada.

7. Upon information and belief, Defendant, SIMONMED IMAGING, INC., is a Foreign Corporation, licensed and doing business in the County of Clark, State of Nevada.

8. Upon information and belief, Defendant DANIEL L. BURKHEAD, M.D., LTD., is a Domestic Professional Corporation, dba INNOVATIVE PROCEDURAL AND SURGICAL CENTER, licensed and doing business in the County of Clark, State of Nevada.

9. Upon information and belief, Defendant DANIEL L. BURKHEAD, M.D., LTD., is a Domestic Professional Corporation, dba INNOVATIVE PAIN CARE CENTER, licensed and doing business in the County of Clark, State of Nevada.

10. Upon information and belief, Defendant, PREFERRED CAPITAL FUNDING - NEVADA, LLC, is a Domestic Limited-Liability Company, is licensed and doing business in the County of Clark, State of Nevada.

11. Upon information and belief, Defendant, ENRICO FAZZINI, D.O., is licensed and doing business in the County of Clark, State of Nevada.

12. Upon information and belief, Defendant, PUEBLO MEDICAL IMAGING, LLC, is a Domestic Limited-Liability Company, licensed and doing business in the County of Clark, State of Nevada.

13. Upon information and belief, Defendant, CORE REHAB COOPERATIVE, LLC, is a Domestic Limited-Liability Company, licensed and doing business in the County of Clark, State of Nevada.

14. Upon information and belief, Defendant, SOUTHERN NEVADA MEDICAL GROUP LIMITED, is a Domestic Limited-Liability Company, licensed and doing business in the County of Clark, State of Nevada.

15. Upon information and belief, Defendant, SIERRA MED SERVICES, is a Domestic Company, licensed and doing business in the County of Clark, State of Nevada.

16. Upon information and belief, Defendant, CENTER FOR DISEASES AND SURGERY OF THE SPINE, is a Domestic Company, licensed and doing business in the County of Clark, State of Nevada.

17. Upon information and belief, Defendant, VEGAS MEDICAL CENTER PLLC, is a General Partnership, licensed and doing business in the County of Clark, State of Nevada.

18. Upon information and belief, Defendant, NEURORADIUM, LLC, is a Domestic Limited-Liability Company, licensed and doing business in the County of Clark, State of Nevada.

19. Upon information and belief, Defendant, CENTER FOR DISEASES AND SURGERY OF THE SPINE, is a Domestic Company, licensed and doing business in the County of Clark, State of Nevada.

20. Upon information and belief, Defendant, PAYLATER PHARMACY, is a Domestic Limited-Liability Company, licensed and doing business in the County of Clark, State of Nevada.

21. Upon information and belief, Defendant, ANESTHESIA AND INTENSIVE CARE SPECIALISTS, LLP, is a Domestic Limited-Liability Partnership, licensed and doing business in the County of Clark, State of Nevada.

22. Upon information and belief, Defendant, FAMILY DOCTORS RAMANATHAN, PLLC, a Domestic Professional Limited-Liability Company dba FAMILY DOCTORS OF GREEN VALLEY, licensed and doing business in the County of Clark, State of Nevada.

23. Upon information and belief, Defendant, THE LEGAL FUNDING GROUP (NEVADA), is a Domestic Limited-Liability Company, licensed and doing business in the County of Clark, State of Nevada.

24. Upon information and belief, Defendant, 5 STAR SETTLEMENTS, LLC, is a Foreign Limited-Liability Company, licensed and doing business in the County of Clark, State of Nevada.

25. Upon information and belief, Defendant, 5 STAR SETTLEMENTS, LLC, is a Foreign Limited-Liability Company, licensed and doing business in the County of Clark, State of Nevada.

26. Upon information and belief, Defendant, MONEY FIRST LENDING LLC, is a Domestic Limited-Liability Company, licensed and doing business in the County of Clark, State of Nevada.

27. Upon information and belief, Defendant PREFERRED CAPITAL FUNDING - NEVADA, LLC, is a Domestic Limited-Liability Company, licensed and doing business in the County of Clark, State of Nevada.

28. Upon information and belief, Defendant CENTERS FOR MEDICARE & MEDICAID SERVICES, DEPARTMENT OF U.S. TREASURY, conducting and doing business in the County of Clark, State of Nevada.

29. Upon information and belief, Defendant, LOUIS MORTILLARO, PhD., is licensed and doing business in the County of Clark, State of Nevada.

30. Upon information and belief, Defendant RAXO DRUGS, INC., is a Domestic Corporation, licensed and doing business in the County of Clark, State of Nevada.

31. The true names of DOES I through X, their citizenship and capacities, whether individual, corporate associate, partnership or otherwise, are unknown to Plaintiff who therefore sue these Defendants by such fictitious names. Plaintiff is informed and believes, and thereupon alleges, that each of the Defendants designated herein as DOES have some lien, claim or right to the settlement funds herein referred to.

32. Upon information and belief, Defendants, ASLEY RODRIGUEZ-FUENTES and OSVALDO RODRIGUEZ, were represented by Plaintiff for personal injury claims in relation to an accident that occurred in Clark County, Nevada on or about May 26, 2016. Plaintiff's representation of Defendants, ASLEY RODRIGUEZ-FUENTES and OSVALDO RODRIGUEZ, required various attorney's tasks including accumulating medical and other records; analyzing those records; successfully negotiating settlement agreements and collecting the settlement

monies; filing a complaint, propounding and responding to discovery including depositions, and now filing an interpleader action to ask this Court to distribute those monies.

33. Defendant, ASLEY RODRIGUEZ-FUENTES's personal injury action was settled for a non-confidential amount totaling $10,000. This amount was the negotiated, combined settlement amounts for Defendant, ASLEY RODRIGUEZ-FUENTES's injuries against the third-party tort-feasors, and Plaintiff was the attorney of record.

34. Defendant, OSVALDO RODRIGUEZ's personal injury action was settled for a non-confidential amount totaling $10,000. This amount was the negotiated, combined settlement amounts for Defendant, OSVALDO RODRIGUEZ's injuries against the third-party tort-feasors, and Plaintiff was the attorney of record.

35. Upon information and belief, Defendant ASLEY RODRIGUEZ-FUENTES's medical providers, lending companies and others, have claims and liens against the settlement as follows:

| | | |
|---|---|---|
| a. | Clark County District Attorney - Family Division | $ 1,183.52 |
| b. | DCP Holdings | $298,085.35 |
| c. | Desert Institute of Spine Care | $963.00 |
| d. | SimonMed Imaging | $2,628.60 |
| e. | Innovative Procedural and Surgical Center | $108,500.00 |
| f. | Raxo Drugs | $9,744.87 |
| g. | Innovative Pain Care Center | $38,897.70 |
| h. | Centennial Medical Group | $ 931.00 |
| i. | Medical Device Specialty | $1,193.00 |
| j. | Enrico Fazzin, D.O. | $5,038.00 |
| j. | Pueblo Medical Imaging | $3,000.00 |
| j. | Core Rehab | $4,616.00 |
| k. | Southern Nevada Medical Group | $2,725.00 |
| l. | Sierra Med Services | $3,500.00 |
| m. | Center for Diseases and Surgery of the Spine | $1,120.00 |
| n. | Neuroradium | $1,320.00 |
| o. | Vegas Medical Center | $900.00 |
| p. | Paylater Pharmacy | $4,286.08 |
| q. | Anesthesia and Intensive Care Specialists | $2,250.00 |
| r. | Family Doctors of Green Valley | $1,123.00 |

|     |                          |              |
| --- | ------------------------ | ------------ |
| s.  | The Legal Funding group  | $5,712.00    |
| t.  | 5 Star Settlement        | $43,218.00   |
| u.  | Money First              | $27,921.96   |
| v.  | Preferred Capital Funding| $239,291.38  |
|     | **TOTAL LIENS**          | **$808,148.46** |

36. Upon information and belief, Defendant OSVALDO RODRIGUEZ's medical providers and a pre-settlement lending company have claims and liens against the settlement as follows:

|     |                                             |              |
| --- | ------------------------------------------- | ------------ |
| a.  | Paylater Pharmacy                           | $ 28,879.59  |
| b.  | Raxo Drugs                                  | $ 101.10     |
| c.  | Core Rehab                                  | $7,700.00    |
| d.  | Enrico Fazzini, D.O.                        | $3,525.00    |
| e.  | SimonMed                                    | $9,609.28    |
| f.  | Louis Mortillaro, PhD                       | $4,250.00    |
| g.  | Southern Nevada Medical                     | $2,525.00    |
| h.  | Innovative Pain Care                        | $10,947.20   |
| i.  | Nevada Anesthesia Consultants               | $1,400       |
| j.  | 5 Star Settlement                           | $39,220.00   |
| k.  | Preferred Capital Funding                   | $15,529.88   |
| l.  | CENTERS FOR MEDICARE & MEDICAID SERVICES    | $4,701.29    |
|     | **TOTAL LIENS**                             | **$128,388.34** |

37. Upon information and belief, Defendants, OFFICE OF THE DISTRICT ATTORNEY, CLARK COUNTY, FAMILY SUPPORT DIVISION; and CENTERS FOR MEDICARE & MEDICAID SERVICES, DEPARTMENT OF U.S. TREASURY, hold priority liens.

38. Defendants do, or may assert multiple, conflicting claims to the above-described monies in an amount in excess of the limits recovered.

39. The foregoing claims of Defendants are conflicting, and Plaintiff is unable to determine which of the respective claims is valid or to whom, if anyone, the money may be paid without risking double or multiple liability.

40. The claims and debts asserted by lienholders are disputed, excessive, invalid and/or not related to the subject interpleader funds.

41. Plaintiff has incurred and will incur costs and attorney fees in connection with these proceedings.

WHEREFORE, Plaintiff prays for judgment against the Defendants, and each of them, as follows:

1. That the Defendants be ordered to interplead and litigate their claims to the above-described money;

2. That judgment be entered precluding the Defendants from any recovery whatsoever regarding the charges incurred as a result of the subject incident which gave rise to the instant Complaint in Interpleader;

3. That the Defendants be restrained, until further order of this court, from instituting or further prosecuting any other proceeding against Plaintiff or the injured party in any court affecting the rights and obligations between the parties to this action;

4. That all debts owed to the Defendants shall be discharged in full from the interplead funds;

5. That all amounts owed to any Defendants shall be discharged as well and neither Plaintiff nor the injured party shall be obligated to pay Defendants any amount for treatment related to the underlying claim;

6. That Plaintiff be permitted to litigate its claim to the above described money or liability to all of the named and un-named Defendants, DOES I through X, and be otherwise discharged from all liability to all Defendants with respect to the above described money;

//
//

7. Plaintiff be awarded costs and reasonable attorney fees to be determined by the court; and

8. Other relief the court deems just and proper.

DATED this 12th day of October, 2021

**LADAH LAW FIRM**

/s/ Ramzy P. Ladah

**RAMZY P. LADAH, ESQ.**
Nevada Bar No. 11405
517 S. Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*